JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAY BLANCO,<br><br>    Plaintiff,<br><br>    vs.<br><br>ALLSTATE INSURANCE COMPANY;<br>and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No. CV 10-08620-GAF(Ex)<br><br>Assigned to the Hon. Gary A. Feess<br><br>ORDER DISMISSING ACTION<br><br>Action Filed:    September 27, 2010<br>Trial Date:    November 1, 2011 |

LA 51442583

# **ORDER**

Before the Court is a Joint Stipulation of Dismissal With Prejudice filed by the parties. (Docket No. 18.) The Court construes the Stipulation as a dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The action is dismissed with prejudice pursuant to the stipulation of the parties.

DATED: July 26, 2011

_____
Gary A. Feess
United States District Court Judge

- 2 -